**Electronically Filed
Supreme Court
SCWC-22-0000176
01-MAY-2024
09:10 AM
Dkt. 11 ODAC**

SCWC-22-0000176

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JORDAN LEANO-CASTRO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000636 and CAAP-22-0000176; CR. NO. 1CPC-21-0000546)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Jordan Leano-Castro's Application for Writ

of Certiorari, filed on March 19, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 1, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens